UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR00-0132T |
| | ) | |
| RASHEED GOODE | ) | |

MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT

Now comes Rasheed Goode, the Defendant in the above captioned matter, and moves this Honorable Court to reduce his sentence pursuant to the retroactive amendment of U.S.S.G. § 2D1.1, in accordance with 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10. Mr. Goode submits the attached memorandum of law in support of this motion.

Respectfully submitted
Rasheed Goode
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Louis Matos, First Assistant United States Attorney, and Kristin Mattias, United States Probation Officer, on February 13, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR00-0132T |
| | ) | |
| RASHEED GOODE | ) | |

MEMORANDUM IN SUPPORT OF MOTION FOR SENTENCE REDUCTION DUE TO UNITED STATES SENTENCING GUIDELINES AMENDMENT

Mr. Goode has moved for a reduction of his sentence based on the recent retroactive amendment to the sentencing guidelines. The United States Sentencing Commission amended the guidelines pertaining to cocaine base offenses as of November 1, 2007. That amendment effectively lowered the guidelines by two offense levels. In December, 2007, the Commission made the amendment retroactive and thus creating the potential for lower sentences for individuals already serving sentences for cocaine base convictions.

Mr. Goode pled guilty to trafficking cocaine base and possession of a firearm on January 19, 2001. The probation department calculated his guideline range at 57 to 71 months of incarceration, plus a consecutive sentence of 60 months. On April 27, 2001, Mr. Goode appeared before the Court for sentencing and received a sentence of 46 months, plus the 60 months consecutive, in custody. The Court departed downward 11 months based on the guidelines over statement of Mr. Goode's criminal history.

According to the Bureau of Prisons, Mr. Mangum is presently scheduled for release in May, 2008. Applying the 2 point decrease in offense level to Mr. Goode's situation results in a 9 month drop in the guideline range from 46 to 37 months. Assuming a similar sentence reduction were granted by the Court, Mr. Goode is immediately eligible for release.

For these reasons the Court should grant this motion.

Respectfully submitted
Rasheed Goode
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Louis Matos, First Assistant United States Attorney, and Kristen Mattias, United States Probation Officer, on February 13, 2008.

/s/ Kevin J. Fitzgerald