IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 00-132T |
| vs. | ) | |
| | ) | |
| RASHEED GOODE | ) | |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos, First Assistant United States Attorney, and files this Notice of Appearance in the case entitled, United States v. Rasheed Goode, CR00-132T. Assistant United States Attorney Stephanie S. Browne, who was originally assigned this case, is being withdrawn.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ LUIS M. MATOS
LUIS M. MATOS
Assistant U.S. Attorney
RI Bar #4475
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email luis.matos@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 15th day of February, 2008, I caused the within Notice of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Kevin Fitzgerald, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ LUIS M. MATOS
LUIS M. MATOS
First Assistant U.S. Attorney
RI Bar #4475
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email luis.matos@usdoj.gov