**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) CR. NO.00-132T
)
RASHEED GOODE )

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level 21

Criminal History Category IV

57 to 71 months imprisonment plus 60 months consecutive

3 to 5 years supervised release

$7,500 to $1,000,000 fine.

3. Defendant was sentenced on April 27, 2001 to 46 months plus 60 months consecutive imprisonment due to a departure by the Court pursuant to §4A1.1, Adequacy of Criminal History.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level 19

Criminal History Category IV

46 to 57 months imprisonment plus 60 months consecutive

3 to 5 years supervised release

$6,000 to $1,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals that he has not had any disciplinary infractions during that reporting time.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 37 months plus 60 months consecutive, or a release date of March 3, 2008, whichever renders a release date that occurs latest, is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

KEVIN FITZGERALD
Counsel for Defendant

2-21-8
Date

LUIS M. MATOS
First Assistant U.S. Attorney

2/15/08
Date