# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Rasheed Goode | ) Case No: 1:00-CR-00132-01-T |
| | ) USM No: 04911-070 |
| Date of Previous Judgment: 05/09/2001 | ) Kevin Fitzgerald |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✓ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ✓ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __46 months*__ months **is reduced to** __time served as of 3/3/08__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __21__  Amended Offense Level: __19__
Criminal History Category: __IV__  Criminal History Category: __IV__
Previous Guideline Range: __57__ to __71__ months  Amended Guideline Range: __46__ to __57__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
✓ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __05/09/2001__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __2/26/08__   _Ernest C Torres_ (signature)
Judge's signature

Effective Date: __03/03/2008__   Ernest C. Torres, Senior U.S. District Judge
(if different from order date)   Printed name and title

* plus 60 Months Consecutive imprisonment, due to a departure by the Court pursuant to §4A1.1, Adequacy of Criminal History